1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LIONEL TATE, SR.,                               No.  2:22-cv-0211 DAD CKD P

12                 Plaintiff,

13          v.                                         FINDINGS AND RECOMMENDATIONS

14    L. CHAVEZ, et al.,

15                 Defendants.

16

17          On January 20, 2022, plaintiff filed a motion for entry of default judgment against

18    defendant Mann.  As plaintiff was informed by the Clerk of the Court in response to plaintiff's

19    request for entry of default, defendant Mann's responsive pleading is not due until March 23,

20    2023 and defendant Mann has not previously been in default.  From plaintiff's motion, it appears

21    plaintiff believes he is entitled to default judgment because counsel for defendant Mann did not

22    adequately consult with plaintiff before seeking an extension of time to file a responsive pleading.

23    Even assuming for the sake of argument that counsel for defendant Mann ran afoul of the Federal

24    Rules of Civil Procedure or the local rules of this court in not consulting with plaintiff before

25    seeking an extension of time, that is not a basis for entry of default.  See Fed. R. Civ. P. 55.

26    /////

27    /////

28    /////

1    Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's request that the court

2    enter default judgment against defendant Mann (ECF No. 20) is denied.

3    These findings and recommendations are submitted to the United States District Judge

4    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

5    after being served with these findings and recommendations, plaintiff may file written objections

6    with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

7    and Recommendations."  Plaintiff is advised that failure to file objections within the specified

8    time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th

9    Cir. 1991).

10   Dated:  January 25, 2023

11                                                              _____
                                                               CAROLYN K. DELANEY
12                                                             UNITED STATES MAGISTRATE JUDGE

13

14

15   1
     tate0211.def

16

17

18

19

20

21

22

23

24

25

26

27

28