UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL TATE, SR., | No. 2:22-cv-00211-DJC-CKD-P |
| Plaintiff, | |
| v. | ORDER |
| L. CHAVEZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 24, 2022, the Magistrate Judge filed findings and recommendations after screening Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a) which were served on Plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 10.) Plaintiff has filed objections to the October 24, 2022 findings and recommendations. (ECF No. 14.)

On January 25, 2023, the Magistrate Judge filed findings and recommendations recommending that Plaintiff's motion for a default judgment be denied which were served on Plaintiff and which contained notice to Plaintiff that any

1

objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 21.)  Plaintiff has filed objections to the January 25, 2023 findings and recommendations.  (ECF No. 22.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds both sets of findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 24, 2022 (ECF No. 10) and January 25, 2023 (ECF No. 21) are adopted in full; and

2. All claims and defendants other than claims against defendant Mann arising under the Eighth Amendment and California negligence law as they pertain to Mann's transporting plaintiff to the Sierra Conservation Center on September 15, 2016 are dismissed; and

3. Plaintiff's request that the Court enter default judgment against defendant Mann (ECF No. 20) is denied.

4. This matter is referred back to the assigned Magistrate Judge for further pre-trial proceedings.

IT IS SO ORDERED.

Dated:  **April 20, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

3