IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LIONEL TATE, SR.,**<br><br>Plaintiff,<br><br>v.<br><br>**L. CHAVEZ, et al.,**<br><br>Defendant. | Case No. 2:22-cv-00211-DJC-CKD<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF EARLY SETTLEMENT CONFERENCE**<br><br>Judge:   The Honorable Carolyn K. Delaney<br>Action Filed:   February 1, 2022 |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On April 24, 2023, the undersigned referred this action to the Post-Screening Alternative Dispute Resolution (ADR) Project and stayed this action for 120 days. (ECF No. 29.) Pending before the Court is Defendant's motion to opt out of the ADR Project. For the reasons stated herein, Defendant's motion is granted.

Defendant states that a settlement conference is not warranted based on the nature of the claim and the perceived merits of the claim. After reviewing Defendant's motion, the undersigned finds that Defendant's request to opt out of the ADR project should be granted.

///

///

1

[Proposed] Order Granting Defendant's Motion and Motion to Opt Out of Early Settlement Conference   (2:22-cv-00211-DJC-CKD)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the ADR Project is granted;

2. The order referring this action to the ADR project is vacated; and

3. The stay in this action is lifted.

4. The court will issue a schedule for this action by separate order.

Dated: June 27, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order Granting Defendant's Motion and Motion to Opt Out of Early Settlement Conference   (2:22-cv-00211-DJC-CKD)