UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL TATE, SR., | No.  2:22-cv-0211 DJC CKD P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| L. CHAVEZ, et al., | |
| Defendants. | |

Plaintiff has filed a motion asking that default judgment be entered in this action against the only remaining defendant, defendant Mann.  Plaintiff asserts that some of his legal materials have been destroyed by corrections employees other than defendant Mann.  This is not a basis for entry of judgment as plaintiff has not demonstrated how destruction of his materials has prejudiced this case and/or how such acts can be attributed to defendant Mann.

Plaintiff is warned that if he files frivolous motions he runs the risk of the court dismissing this action under Rule 41(b) of the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's October 16, 2023 "Motion for Default Judgment" (ECF No. 43) be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written

objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 30, 2023

_CAROLYN K. DELANEY_
UNITED STATES MAGISTRATE JUDGE

1
tate0211.def(2)