UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL TATE, SR., | No. 2:22-cv-0211 DJC CKD P |
| Plaintiff, | |
| v. | ORDER |
| L. CHAVEZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a request to proceed in forma pauperis on appeal. Examination of the in forma pauperis affidavit reveals that plaintiff is unable to afford the costs of suit. Accordingly, IT IS HEREBY ORDERED that the request for leave to proceed in forma pauperis on appeal (ECF No. 56) is granted. See 28 U.S.C. § 1915(a).

Dated: September 4, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
tate0211.4a